## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **two hundred forty (240) months.**

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant should be given credit for time served.

2. That the defendant participate in a Sex Offender Treatment Program.

   (X)  The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20___.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 4th day of March, 2014 to FCI Sandstone, MN, with a certified copy of this judgment.

*Wenes Wilson, Warden*
UNITED STATES WARDEN

BY: *W[illegible]nsen, CSO*

**NOTE:** The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.

_____
UNITED STATES WARDEN

BY: _____

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA  14 MAR 18 PM 2:56  OFFICE OF THE CLERK

15:17 MAR10'14 USMSNE